# Exhibit 12

# Donato Music Services, Inc.

74 Malvern Road, Scarsdale, NY 10583-4844
Telephone (914) 723-8385 • Fax (914) 472-4072
Anthony Ricigliano • Laurie Adamo • Musicologists
EMail: donatomu@optonline.net

## A Report Regarding The Compositions

*I Really Love This Team* by Samuel Bartley Steele
and
*I Love This Town* by Bon Jovi

### Conclusion

1.  I listened to a sound recording of the composition *I Really Love This Team by* Samuel Bartley Steele, a.k.a. Bart Steele and a sound recording of the composition *I Love This Town* by Bon Jovi. I also reviewed a promotional video for Major League Baseball Postseason on TBS that used a portion of the Bon Jovi song.

After listening to, comparing and analyzing the music and lyric content of these works, I concluded that although these compositions contain somewhat similar titles, they do not share any significant similarity and are not substantially similar in lyric content, melodic content (pitch series, rhythm or rhythmic patterns, melodic development and structure), or harmonic content, to suggest that *I Love This Town* copied anything from *I Really Love This Team*. Overall, the musical material in *I Love This Town* is dramatically different from that used in *I Really Love This Team.*

The principal similarity between these works relates to the title phrase. However, when these phrases were examined I concluded that both the title phrase and the overall lyric content in *I Love This Town* was different than the title phrase and lyric content in *I Really Love This Team*.  Also, limited research revealed that the lyric elements that are similar are commonplace, not original with *I Really Love This Team* and therefore not protectable.

After examining the TBS promotional video I concluded that the Steele work does not contain any clear substantive synchronization or any suggestion that it was used as a reference to create the TBS video.

### Materials Reviewed

2.  a. A compact audio disc containing a sound recording of the song *I Really Love This Team*  (hereafter referred to as *I Really*) by Samuel Bartley Steele, a.k.a. Bart Steele and a sound recording of the song *I Love This Town* (hereafter referred to as *I Love*) by Jon Bon Jovi, Richie Sambora and Billy Falcon.

   b. Two audio/visual recordings of a commercial for Major League Baseball Postseason on TBS (hereafter referred to as TBS). One containing a recording by Bon Jovi and another with the Bart Steele recording.

   c. Musical transcriptions of these songs created by Donato Music (Appendix I).

   d. Additional documents supplied including the Complaints in this lawsuit as well as some of the briefs. However, none of this material in any way influenced my professional opinion regarding the music/lyric materials related to this issue.

# Comparison/Analysis Procedures

3.   I have been asked by the lawyers for the defendants in the pending lawsuit to prepare a musicological analysis/report regarding the songs *I Really* by Bart Steele and the song *I Love* recorded by Bon Jovi.  Attached at the end of this report is my Curriculum Vitae which includes my musical education, publications, fee rate, etc.

4.   The purpose of this examination and analysis is to offer my professional opinion as to the extent, if any, of the similarity between the music and lyric material used in these compositions with regard to possible copying by the composition *I Love* from the composition *I Really*. Also make some assessment of these compositions in relation to the TBS video.

5.   When similarities are located, it is the responsibility of the musicologist to evaluate them and separate those that are more important from those that are less important and those that are substantial or significant from those that are not. The similarities that do exist also must be evaluated to determine whether they suggest that copying has occurred, or whether they are a result of coincidence (such as isolated pitch occurrences), the use of commonplace material or material characteristic of a particular style.

6.   The principal aspects in musical works that are generally most important when locating similarities are:

   (a) **melody or melodic lines** (a single line of music consisting of pitch, rhythm, contour and structure)
   (b) **harmony** (the use and relationship of chords and chord progressions)
   (c) **structure** (the organization of the various melodic ideas, phrases, or sections - verse, chorus, bridge, etc.).

7.   Since these compositions make use of lyrics, all of the lyrics contained within each composition were reviewed and compared.

8.   Although generally less important depending on the extent of similarities found concerning melody, lyrics, harmony and structure, the principal key, meter and tempo were also examined.*

9.   To facilitate comparison of the musical elements the musical examples are notated in the same key of C major (standard musicological procedure, comparable to using a common denominator when dealing with fractions in mathematics). Also, where applicable, the letter name designation for each melodic pitch is shown under each melody note. The scale-steps (pitch position within the scale) in C major are given below.

| Letter name | C | D | E | F | G | A | B | C |
|-------------|---|---|---|---|---|---|---|-----|
| Scale-step  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 (8) |

Notes not in the basic scale that differ by a half-step will be shown by a sharp symbol (♯) when raised one half-step, or a flat (♭) symbol when lowered one half-step. For example, a lowered third scale-step (E flat) will be shown as E♭ or ♭3.

---

*For definition of musical terms see Appendix II.

10.   To more easily evaluate the musical examples given for comparison for non-musicians, graph charts of the melody lines from each song have been created and attached (Graphics 1-3). These graph charts are for the layman to visually compare the relationship between the melodic lines. Also it should be stressed that the graph charts are more visually accurate than traditional musical notation since a musical staff is misleading in spatial relationships and in certain respects unclear. (Appendix III contains an introduction to understanding the music graph charts).

11.   The music/lyric phrases preceding and including the title phrase from *I Love* are placed below one of the preceding and title phrases from *I Really*. The letter name of each melodic pitch is placed below the musical staff while the symbols given above (G7, F7 etc.) represent the accompanying chords



12.   Examine Graphic 1 (attached) which represents the melody lines given in the musical example above of *I Really* (in red) and *I Love* (in blue).
Observe that *I Really* consists of three melodic units. The first two begin with the repetition of the pitch G and end on the note F. The third unit contains the title and begins essentially the same as units 1 and 2. However this unit is extended and continues down through E flat concluding on the tonic note C.

13.   The melodic content in *I Love* is dramatically different. It consists of two units. Unit 1 begins with the repetition of the note E and progresses downward to C, then to A, then to G ending on the note F. Unit 2 contains the title phrase, begins by returning to the initial note E, moves down the scale to C, returns to the E and concludes on the first note of the scale or tonic note C.

14.   Graphic 1 also clearly illustrates that there is no significant similarity in rhythm (time values) or rhythm patterns.  This chart clearly illustrates that the musical phrases that precede the title and the titles phrases are overall dramatically different in pitch, rhythm and structure.

15.  It may be noted that in *I Really* there are two different statements or musical melodic settings of the lyric phrase "I really love this team."

Since there is a variation in the final statement of the title phrase, the following example compares these two melodic ending phrases against the only melodic ending phrase utilized in *I Love*.  For visual purposes the first title phrase of *I Really* is transposed up an octave in the standard musical notation and the title phrase of *I Love* is moved down an octave in the Graphic 3.

16.   The following example illustrates that the two musical statements of the title phrase in *I Love* are significantly different in pitch series, rhythm, melodic shape and chords used in the accompaniment of the two different statements found in *I Really*.



These distinctions become even more visually discernable when comparing these melodies in melodic Graphics 2 and 3 (attached).

## Lyric Analysis

17.   While the title phrases "Man I really love this team" and "That's why I love this town" may be considered to have some insignificant similarity in the lyric title ("I", "love this"), the musical setting of these lyrics are dramatically different in pitch series, rhythm and structural content.  Therefore there is no substantial similarity in melodic content, pitch series, melodic contour/shape or in melodic structure between the title phrases within these musical compositions.

18.   Furthermore, the lyric elements that are similar are commonplace, trite, lyric material and therefore not protectable. A limited search of the Library of Congress from 1978-2004 revealed that there are many songs with the title "I Love This Town" (see table).  Although no other song matched the title *I Really Love This Team,* it is clear that *I Love* does not contain any significant or distinctive lyric similarity to suggest that it copied from *I Really*. Particularly compelling are numbers 3 and 7 that are related to well known artists.

| Song Title | Date | Writer/Composer/Performer | Copyright or record Label Information |
|---|---|---|---|
| 1. I Love This Town | 1996 | By Jim Martin (co-writer) | V3313PO39 |
| 2. I Love This Town | 1996 | Performed by Plainsong on CD "Sister Flute" – no listing of composer | Label: Line Cat #901327 |
| 3. I Love This Town | 1996 | By Clive Gregson – Title also used for album. Performed in 2004 for Sandy Griffith album titled "Hearts in Mind" – (Jimmy Buffett featured in "I Love This Town") | Label: Compass Cat # 4234 |
| 4. I Love This Town | 1998 | By Gary Loyd & J. B. Rudd | 5 copyrights |
| 5. I Love This Town | 2001 | By James J. Mulholland | SR0000297289 |
| 6. I Love This Town | 2001 | By Brian McInnis, Darlene Fortunata Violette | PAu002649073 |
| 7. I Love This Town | 2003 | By Stephen Sondheim for a 2004 show titled "Bounce." | Pa0001239937 |

19.  When the lyrics in each composition are compared (see table below), it illustrates that there are no phrases in *I Love* that may be considered to be substantially similar to any lyric phrase in *I Really*.

20.  Nor is there any duplication in the use of any rhyme scheme (words underlined).

21.  Furthermore the lyric structure of the opening and final section of *I Really* follows the basic "blues" format (labeled a-b-c). This overall form or structure follows the organization of musical events described in paragraph 22, which is significantly different in melodic structure and development from *I Love*.

| I Really Love This Team* | I Love This Town |
|---|---|
| (a)<br>Have you heard the news that's goin' 'round<br>Our hometown team is series <u>bound</u><br>(b)<br>and the word is out on Yawkey <u>way</u><br>our boys in red have come to <u>play</u><br>(c)<br>Now get up off of your seats<br>Everybody <u>scream</u><br>Man, I really love this <u>team!</u><br><br>(a)<br>They're the Yankees Royals and the <u>*Rays*</u>,<br>The Tigers Rangers and the <u>Jays</u><br>(b)<br>Then just ask Rem-Dawg in the <u>box</u><br>anyone will tell ya Boston <u>rocks!</u><br>(c)<br>Now get up off your seats, Everybody <u>scream</u><br>Man I really love this <u>team!</u> | Verse:<br>I always knew, that I'd like this <u>place</u><br>You don't have to look too far, to find a friendly <u>face</u><br>I feel alive when I'm walkin' on the <u>street</u><br>I feel the heart of the city poundin' underneath my <u>feet</u><br><br>Chorus:<br>Yeah, let the world keep spinin' round 'n' <u>round</u><br>This is where it' all goes' down, down, <u>down</u><br>That's why I, love this <u>town</u><br>That's why I, keep co-min' <u>round</u><br><br>Say hey; (say hey);  say yeah;  (say yeah);<br>You make me feel at home some<u>how</u>, right <u>now</u><br>That's why I, love this <u>town</u> |
|  | (Verse 2 is omitted on video)<br>I Got some good friends here, I might have broke a heart or <u>two</u><br>It's getting' loud over there, the boys must have had a <u>few</u><br>There's a cop on the corner, he knows everybody's name<br>And a kid with a dream singin' for some spare loose change<br><br>Chorus (as above – also omitted on video) |
| And you got to keep believing, and you gotta stay tough<br>And you gotta keep the faith, and you gotta cowboy up!<br>We'll stand up proud Say it loud<br>c'mon and let'm <u>know</u><br>Say here we go Red Sox here we <u>go</u><br>(here we go Red Sox here we go)<br><br>(a)<br>From Landsdown Street to Pesky's <u>Pole</u><br>From Cooperstown in days of <u>old</u><br>(b)<br>Then feel that spirit far and <u>near</u><br>Those Fenway fans begin to <u>cheer</u><br>(c)<br>Now get up off your seats, Everybody <u>scream</u><br>Man I really love this <u>team!</u> (3x) | (sung on video)<br><br>They're shoutin' from the rooftops, dancin' on the <u>bars</u><br>Hangin' out the windows, drivin' in their baby's <u>cars</u><br>You want it you got it, you're ready, I'm on it<br>Come on now, here we go again<br><br>That's why I love this town<br>That's why I love this town<br><br>No matter where you're from, tonight you're from right here<br>This is where it all goes down, down, <u>down</u><br>That why I love this <u>town</u>.<br><br>Say hey; (say hey);  say yeah;  (say yeah);<br>I Love this town etc. |

*Lyrics taken from Steele's sound recording.

## Structural Analysis

22.    The overall form or structure (organization of musical events) of *I Love* is significantly different than in *I Really*. For example, the first section of *I Really* is constructed using a basic 12-bar blues pattern (3 four-bar units) containing the harmonic pattern given below. The title phrase appears in the last two bars utilizing the chord progression G7 B♭ G/B bass.

| Unit: | a (4-bars) | b (4-bars) | c (4-bars) |
|-------|-----------|-----------|-----------|
| *I Really* | C7 | F7   \| C7 | G7  F7  \|  G7  F7  \|  G7 B♭ G/B bass \| C7 |

23.   *I Love* does not utilize this basic 12-bar blues structure.
Instead the opening section of *I Love* is constructed of four 4-bar phrases.
In addition, the chord pattern used to accompany each phrase (F \| G  \| C \| C \|) is different from any chord pattern found in *I Really*.

## Audio/Video Analysis

24.  I reviewed the audio/video commercial produced for MLB Postseason on TBS that is accompanied by *I Love* and another video of this commercial created by Mr. Steele with a recording of *I Really* replacing the *I Love* music track.
After examining these two audio/video recordings I concluded that in the audio/video TBS commercial, *I Love* has been cut and arranged in both its audio and video content. The audio portion represents a shorter version of the full-length musical composition *I Love This Town*.  For example, the second verse and repeated chorus has been eliminated (see table on page 5 above) as well as portions of the guitar solos.

25.    Although Mr. Steele argues that there are similarities between the visual and lyrical content *of I Really*, these are coincidental similarities and this recording is almost totally not in sync with the visuals in this commercial. For example, while the lyric in *I Really*

> "and the word is out on "Yawkey Way"

coincides with the visual picture of the street sign of "Yawkey Way," the Bon Jovi lyric

> "I feel alive when I'm walkin' on the street"

coincides with the several visual scenes of people walking on streets, including outside the stadium at Wrigley Field Chicago (with the Home of Chicago Cubs sign as well as a TBS sign) and pedestrians in Boston in front of the restaurant *Who's on First* as well as the street signs for Yawkey Way & Brookline Ave.

26.    Furthermore, lack of synchronization between the video and Steele song is apparent when for example in the *I Really* lyrics phrases such as "our boys in red have come to play" there are no pictures of the Red Sox players. Furthermore, the first rendering of "now get up off of your seats, Everybody scream, Man I really love this team" is not in sync with any visual picture of fans in a baseball stadium. In the following lyric phrases from *I Really* the lyrics refer to six teams (Yankees, Royals, Rays, Tigers, Rangers and Jays) yet Mr. Steele believes that since a "Tiger" player appears on the screen this is an indication that copying has occurred. He fails to point out that when we actually see the Tiger player he is more in sync with the lyric "Rangers!"

27.  From the beginning to the end, the visuals and audio/lyric content of the Bon Jovi accompaniment to the TBS commercial is in sync with both the baseball visuals and with videos from live concerts of the Bon Jovi band. As one who for professional reasons views hundreds of commercials a year I concluded that since the *I Really* audio/video version does not actually contain any clear substantive synchronization, there is no suggestion that it was used as a reference to create the TBS video. The audio/video created by Mr. Steele shares almost no correlation to the TBS video. Even if it were used (and I do not believe that it was) there is nothing in the composition *I Love* utilized in this commercial that rises to the level of substantial similarity of protectable musical or lyrical expression when compared with *I Really*.

**Final Comments**

28.  When the various lyric and music elements of *I Really* and *I Love* are examined it is apparent that although these compositions contain some minor and insignificant similarity in the title of each work, they are distinctively different musical compositions. Furthermore, the lyric elements that are somewhat similar are, as shown on page 4, commonplace, not original with *I Really* and thus not protectable.

I did not locate any use of any distinctive lyric, melodic or harmonic figure in *I Love* that would indicate that this composition copied anything from *I Really*.

In addition, there is nothing musically significant or substantially similar in the TBS promotional video created by Mr. Steele using his song that indicates or substantiates any claim that his work was used as a reference to create the TBS video.

Therefore when all is considered, any legal claim of infringement by *I Really Love This Team* against *I Love This Town* is unjustified and without merit.

I verify that the forgoing is true and correct, under penalty of perjury.

Anthony Ricigliano
Musicologist
May 12, 2009

# ANTHONY RICIGLIANO

### President, Donato Music Services, Inc.

Mr. Ricigliano has prepared musical analyses and assisted in the preparation of court cases for numerous legal firms and has testified on behalf of recording companies, music publishers, recording artists and composers, motion picture companies and advertising agencies in a variety of musical copyright disputes.

Mr. Ricigliano taught at the Manhattan School of Music for 31 years and held the post of Chairman of the Theory Department from 1979 until his retirement in May 2000. He has a Master of Music degree from the Manhattan School of Music and has also taught in various public and private schools as well as at the Juilliard School of Music.

In addition, he has authored two books on contemporary music: *Popular and Jazz Harmony* and *Melody and Harmony In Contemporary Songwriting*.

The cases for which he has testified in court as an expert witness are:

### *For the Defendant:*

(1980)  *Soul On Your Side* v. *Disco Nights* (Arista records)

(1988)  *Just Another Night* (Patrick Alley)  v. *Just Another Night* (Mick Jagger)

(1991)  *Es* v. *Hey* (Julio Iglesias/Sony Music Entertainment, Inc.)

(1991)  *Somebody*, *You & Me* (Thompson, et al.)  v. *Stuck On You*, *Deep River Woman*, & *SeLa* (Lionel Richie, et al.)

(1992)  *I'll Be Your Everything* (G. Soule/Northside Partners)  v.  *I'll Be Your Everything* (J. Knight, D. Wood, ["New Kids On The Block"], T. Page/ Warner Bros. Records)

(1993-4)  *Run On Manchild*, *What Will Become Of The Children*, *Happy Go Lucky Girl*, v. *Thriller*, *We Are The World*, *Girl Is Mine* (Michael Jackson, Lionel Richie, Rod Temperton & Quincy Jones)

(1994)  *Dangerous* v. *Dangerous* (Michael Jackson)

(1994)  *Love Is A Wonderful Thing* (Isley Brothers) v. *Love Is A Wonderful Thing* (Michael Bolton & Andy Goldmark)

(1995)   *Movin' On* v. *Keep On Movin'* (Soul II Soul/Jazzie B)

(1996)   *I Cigni di Balaka* v. *Will You Be There* (Michael Jackson) in Rome, Italy

(2007)   *Atomic Dog*  v. *D.O.G. In Me*  (Public Announcement)

### *For the Plaintiff:*

(1987)  *Pour Toi* (Gaste) v. *Feelings* (Kaiserman)

(1988)  *You Can't Always Get What You Want* (ABKCO Music) v. Volvo (Scali McCabe)

Mr. Ricigliano has worked on copyright claims/issues representing other recording artists or groups including: Gloria Estefan, Madonna, Mariah Carey, Prince, Kiss, Led Zeppelin, ZZ Top, Sting, Bob Dylan, Kenneth "Babyface" Edmonds, Billy Joel, Hammer, Orville "Shaggy" Burrell, R. Kelly, The Rolling Stones, Aerosmith, Guns & Roses, Deana Carter, Mystikal, Alanis Morrissette, Stevie Wonder, Limp Bizkit, Kid Rock, Gwen Stefani, Marshall Mathers (Eminem), Lenny Kravitz, Green Day, Destiny's Child (Beyoncé), Hillary Duff, Alicia Keys, Ja Rule, Avril Levigne, Nelly Furdato, etc.

**For musical comparison/analysis, written reports, preparation of charts and other expert services Mr. Ricigliano's basic fee rate is - $350.00 per hour.**

### Recent Depositions (for defendants)

In February 2009, Mr. Ricigliano was deposed in the *Rickey A. Allen v. Child, et al*. in the US District Court for the Northern District of Illinois, Eastern Division involving the compositions *Cater 2 U* by R. Allen and *Cater 2 U* by Beyoncé Knowles, et al.

In December 2006, Mr. Ricigliano was deposed in the Chafir v. Carey, et al. involving the compositions *Sexy* by Rachele Chafir and *It's Like That* by Mariah Carey, Jermaine Dupri, et al. (summary judgement granted to defendants' in September 2007)

In February 2004 Mr. Ricigliano was deposed in Caragol v. Jackson et al. involving the compositions *The Village Grist Mill* by Gary Gerth, Ted Caragol and Dona Caragol and the composition *Doesn't Really Matter* by James Harris III, Terry Lewis and Janet Jackson.

In November 2003 Mr. Ricigliano was deposed in Lil'Joe Wein Music, Inc., and Lil' Joe Records, Inc., v. Strictly Rhythm Records, Inc., d/b/a/ Astral Werks Records, Inc., and d/b/a/ Skint Records, Sony Music Entertainment, Inc., Columbia Pictures Industries, Inc., Universal Music Publishing, Inc., and Columbia Tri-star Home entertainment, Inc., United States District Court Southern District of Florida concerning the compositions *Shake Whatch' Mama Gave Ya'* by Poison Clan v. *Shake Whatcha' Mama Gave Ya'* by Stik-E and the Hoods and *Ya Mama* by Fat Boy Slim.

In April 2003 Mr. Ricigliano was deposed in Cottrill and Wnokowski v. Britney Spears, Zomba, Jive Records, Wright Entertainment and BMG Music Publishing Civil Action No. 02 CV 3646. United States District Court Eastern District of Pennsylvania concerning the compositions *What You See Is What You Get* v. *What U See (Is What U Get)* and *Can't Make You Love Me*.

In August 2002 Mr. Ricigliano was deposed in Cooper v. Sony Music Entertainment, et al., Civil Action No. 01-0941, Southern District of Texas concerning the compositions *Boys Night Out* and *Bounce With Me* (by Jermaine Dupre et al.).

In January 1999 Mr. Ricigliano was deposed in Darryl Lemon, a.k.a. D'Maurice, Plaintiff (*Never Live Without Your Love) v*. Prince Roger Nelson, a.k.a. The Artist Formerly Known As Prince*, et. al* (*I Hate You*). Case NO C97-1330C United States District Court Western District of Washington at Seattle.

In addition, Mr. Ricigliano yearly reviews hundreds of musical compositions created to accompany commercials for various products and purposes that are utilized for public radio and TV broadcasting

A partial list of clients that have used the services of Donato include:

ABKCO Music Inc.
Atlantic Record Corp.
BBDO
Bender & Frankel
BMG Music Publishing, Inc.
Chiat/Day Inc.
Cooley Manion Jones (Boston)
Cowan, Liebowitz & Latman
DDB Chicago
Elias Associates (New York, Los Angeles)
EMI Music Publishing (New York, Canada)
Draft/fcb (New York, San Francisco)
Greenberg Glusker Fields Claman Machtinger & Kinsella
Katz & Cherry (Atlanta)
Leo Burnett (Chicago)
Manatt, Phelps & Phillips
McCann-Erickson (New York and Detroit)
Mitchell Silberberg & Knupp (Los Angeles)
Ogilvy & Mather (New York and Los Angeles)
Proskauer Rose
Pryor, Cashman
Richards & O'Neil
Rosenfeld, Meyer & Susman (Los Angeles)
Rudin, Appel & Rosenfeld (Los Angeles)
Sony Music Entertainment, Inc.
Twentieth Century Fox (Los Angeles)
Universal Music Group (New York, Los Angeles)
Warner/Chappell (Los Angeles)
Warner Bros. (Los Angeles)
Weil, Gotshal & Manges
Wells, Rich & Greene
White O'Connor Curry & Avanzado
Young & Rubicam (New York and Los Angeles)

# "I Love This Town"



# "I Love This Town"



"I Love This Town"



# "I Love This Town"



# "I Really Love This Team"



# "I Really Love This Team" Ending Excerpt







## APPENDIX II    DEFINITIONS OF MUSICAL TERMS

A musical sound has four properties: *pitch*, *duration*, *intensity*, *quality*.

PITCH – the specific "area" (high or low) of a musical sound. There are twelve basic pitches. The seven letters used to designate pitch are A-B-C-D-E-F-G (represented by the white keys on a piano keyboard).
Other notes are shown by using sharps or flats added to these letters (represented by the five black keys on a piano keyboard).

A SHARP (♯) raises the basic note a half step. For example, A♯.

A FLAT (♭) lowers the basic note a half step. For example B♭.

A NATURAL (♮) cancels the previous sharp, or flat.

DURATION – length of time a musical sound (or silence) is sustained

INTENSITY – the volume - how loud or soft is the sound.

TONE QUALITY /COLOR or TIMBRE  (pronounced tamber) –  the property of a musical sound that distinguishes one instrument from another

A NOTE – symbol which represents the relative length in time of a musical sound (whole, half, quarter, eighth, sixteenth, etc. - notes or rests). When placed on a staff a note is used to represent both pitch and duration.
A REST – the symbol which represents the relative length in time of silence.
A TIE – a curved line connecting *two consecutive notes of the same pitch* -  performed as a single note, their total time value being combined.

RHYTHM – may refer to all aspects of time or more specifically to *the organization of time values* (musical sound and silence) within a composition.

BEAT – refers to the recurring rhythmic unit to which one responds when dancing, marching, etc.

TEMPO – refers to the speed at which the beats follow one another.
Grouping beats into 2, 3, 4, etc., creates METER. The first note of each group is given a primary accent (>). These groupings divide the music into bars and are shown by using vertical lines on the staff, and by a TIME SIGNATURE. For example, 4/4 time (often shown by the symbol C for Common time), meaning each bar contains four beats.

MUSICAL STAFF – consists of 5 lines and 4 spaces

Whole and half steps – the distance between any two consecutive notes on a piano keyboard is a half step, two half steps equal one whole step.

SCALE  – series of pitches arranged in an ascending (or descending) pattern.
The Major and natural minor scales consists of eight consecutive notes –
1-2-3-4-5-6-7-8 (1). In C major the notes are C-D-E-F-G-A-B-C.

SCALE-STEPS the pitches within a scale, numbered according to their position.
For example, rather than "do, re, mi, fa, sol, la, ti, do," the notes may be referred to as scale steps "1, 2, 3, 4, etc." respectively.

The MAJOR SCALE – consists of eight consecutive notes 1-2-3-4-5-6-7-8 (1) with half steps between 3-4 and 7-8 scale-steps, all other scale-steps are whole steps.

KEY - the organization (such as a scale) and relationship of pitches in music implying a central pitch. For example, if c major is the first note of the major scale on which a song is based, the song is said to be in the key of C major (The note "C" would also be scale step 1, D would be scale step 2, etc.)

KEY SIGNATURE – flats or sharps placed at the beginning of the staff to show which notes are to be used.  For example, A, A♭ or A♯.

MELODY – a series of consecutive notes having rhythm, pitch, contour or shape, (when one hums they are usually humming a melody). Melody is generally organized into musical units or ideas which are added together to form musical phrases which are combined to form musical sections.

CONTOUR (Melodic) - refers to the linear (horizontal) shape or profile that emerges by the upward, downward and repetitive movement of the notes within a melodic line.

MELODIC UNIT – a group of consecutive notes forming a self-contained entity.

PITCH SERIES – a group of pitches which may or may not be motivic.

CHORD SYMBOL – a capital letter often followed by letters and/or abbreviations that act as a musical shorthand for the chord's structure. For example, a C major triad - C, a C minor triad - Cm (or Cmin), a C seventh chord (C-E-G-B♭) – C7, etc.

A CHORD – combining pitches into 3 (or more) note vertical units (sometimes defined as the simultaneous sounding of 3 or more notes). For example a C major triad (3 note chord) consists of the pitches C, E and G.

TRIAD – is a three note chord containing a ROOT, (note from which the chord is built) the 3rd (middle note) and 5th (top note). For example the C major triad is built up from the root C and contains an E (3rd) and G (5th).

SEVENTH CHORD – is a four note group containing a root, 3rd, 5th and 7th (interval above the root). For example G7 (includes G-B-D-F )

CHORD PROGRESSION –  the movement from one chord to another.

CHORD PATTERN –series of two or more chords that are usually repeated

FORM/STRUCTURE - the organization of the musical composition into various sections (verse, chorus, bridge, etc.). These larger sections may be subdivided into phrases, melodic units, motives, etc.

PHRASE STRUCTURE - how the length of the phrase is organized, may refer simply to the length or may include the rhythmic organization.

VERSE – section of a song that generally precedes what is considered to be the main section of the work.  It generally establishes the mood or 'sets up' the chorus (gives background information or tells a story, etc.)

CHORUS or REFRAIN – the main section which usually contains the title of the song.

ACCOMPNIMENT - The musical background (chords, bass, percussion, etc.) used to support the principal part or parts of a work.

HOOK – a distinctive and memorable element within a composition that is repeated and or developed.  A main melodic element may be considered a hook or the title phrase of a composition is usually considered a hook.





**I Really Love This Team • I Love This Town**  GRAPHIC 2

Note: Blue blocks shifted to same starting point as red and moved down an octave forcomparison



**I Really Love This Team (Last Unit) • I Love This Town**

Note: Blue blocks shifted to same starting point as red for comparison purposes

INTRODUCTION TO PRECISION MUSIC GRAPHICS:

In 1990 Music Research Consultants and later OTO Music Services developed a system of creating precision music graphics that has proved in trials over the years to be a far more accurate and revealing method for non-musicians to view and compare musical ideas at issue.

Every Federal court to which they have been offered, including those in New York, Los Angeles and Denver, has accepted these graphic exhibits.

The examples below illustrate some of the methods used to translate complex musical notation into simple graphics which clearly represent the true structure of a melodic idea. In this process each note in a musical sequence is transformed into a colored block and correctly placed on a grid representing equal half-steps on the musical scale — the shortest distance between two notes in traditional western music. (See Melody 3 with piano keyboard on page 2.)



The length of each block is measured to the precise duration of the note. For instance, the first note A in the example above is an eighth-note shown in blue. The second note G is a quarter-note with a duration twice as long.

Generally two songs are shown using contrasting colored blocks. The difference in the vertical height of the blocks has no musical relevance. The difference simply allows one to compare both melodic lines when one graphic melodic representation is placed on top of the other (as shown in the Overlay Comparison above).

© 2008 OTO Music Services (One To One Communications, Inc.)

Traditional music notation contains symbols that may be unintelligible or misleading to the non-musician. Graphics are more precise and more easily comprehended. For example:

<u>Melody 1. The number of notes</u> – Melody 1 would appear to the non-musician to contain six notes. However, the graphic correctly shows only five. This is because the two notes in bar 1 are performed as a single note. The rule is adjacent notes of the same pitch attached with a curved line represent notes "tied" together and are performed as a single note (with their time values added together). The curved lines in bars 2 & 3 connect adjacent but different notes and are performed as two notes. These curved lines in vocal music indicates notes sung to a single word or syllable (in a single breath) that are "slurred" together.

<u>Melodies 2a & 2b. A note's length</u> – In Melodies 2a and 2b it appears that the two bars begin with similar notes. The graphics clarify any misconception as to the number of notes and their time value. Melody 2a is only a single note and Melody 2b has two notes of very different lengths.

<u>Melody 3. the spatial relationships between notes</u> – In Melody 3 the four notes moving upward appear to be the same distance apart. However, the graphic accurately shows there are five half-steps between C and F. The first two notes C to D are two half-steps apart, and D to E is also two half-steps apart, but E to F, which looks the same in music notation, is only one half-step apart. The matching piano keyboard shows why this is true. There is no black note between E and F. (The same kind of vertical distortion may also be seen by comparing bars 2 and 3 in Melody 1. The two notes in bar 2 are two half-steps apart, but the two notes in bar 3 that look identical are only one-half step apart.)



# Donato Music Services, Inc.

74 Malvern Road, Scarsdale, NY 10583-4844
Telephone (914) 723-8385 • Fax (914) 472-4072
Anthony Ricigliano • Laurie Adamo • Musicologists
EMail: donatomu@optonline.net

**Addendum to Report Regarding The Compositions**

*I Really Love This Team* by Samuel Bartley Steele
and
*I Love This Town* by Bon Jovi

I reviewed the musicological report created for the plaintiff and allegedly submitted by Alexander Stewart labeled *I Love this Team/Town* "informal analysis" that is not signed or dated.

1.    After examining this document I concluded that it does not alter my opinion but substantiates my conclusion that these works do not share any significant similarity and are not substantially similar in lyric content, melodic content (pitch series, rhythm or rhythmic patterns, melodic development and structure), or harmonic content, to suggest that *I Love This Town* copied anything from *I Really Love This Team*. Or that overall, the musical material in *I Love This Town* is dramatically different from that used in *I Really Love This Team.*

Dr. Stewart appears to have reached the same conclusion. On page two he states that:

> "This case is not strong musicologically:
> Melody of "hook" has only one note in common (1).
> Three words in common, but not the most distinctive word, "team."
> Harmony is commonplace.
> Both tunes consist primarily of I, IV, and V chords – the most commonly used chords in harmony.
> Moreover, "Team" is a 12-bar blues.
> One of the most distinctive harmonic figures in "Team," the chromatic chord change (D-D#-E) at the end of the hook, is not found in "Town."
> Hook in "Town" begins on the IV chord… hook of "Team" begins on V….
> Bon Jovi song has somewhat irregular structure…. "Team" is regular 4-and 8-bar sections

2.   Dr. Stewart is correct in stating that his presentation is "informal."

There are no musical transcriptions of either melody, only a lyric/scale step presentation without rhythm. Also noted were several errors in the pitch content of the melodies presented. For example, in the portion labeled <u>Melody</u> Hook for Town Dr. Stewart lists the pitch series 3-2-1 3-2-1 which should read 3-2-1 3-1-1.

3.  Dr. Stewart lists the lyric and musical elements, namely:
> Harmony,
> Rhythm
> Form,
> Tempo/beat/groove,
> Instrumentation/orchestration/arrangement.

However, for the most part these are rather simply stating the lyric and musical elements with some editorial comments. For example, under lyrics he states that there are "Only three words in common ("I" "love" "this"). He then continues:

> "Bon Jovi's song about a town (it's very vague, without the video, there would be no connection to baseball)."

> "In Bart's song, the subject is clearly baseball and specifically the Red Sox."

4.  Dr. Stewart then gives a somewhat general analysis of the Harmony and then under Rhythm states:

> "Both songs share some common rhythmic figures, phrase length, scansion (analysis of verse into metrical patterns), but also significant differences exist."

While no specific examples are given, the most important aspects of this presentation by Dr. Stewart are that any of these rhythmic figures are "common" and in addition he states that "… significant differences exist."

5.  It is difficult to understand why the plaintiffs would present this report since it reinforces the position that there is nothing musically significant or substantially similar in the TBS promotional video created by Mr. Steele using his song that indicates or substantiates any claim that his work was used as a reference to create the TBS video.

Therefore when all is considered, any legal claim of infringement by *I Really Love This Team* against *I Love This Town* is unjustified and without merit.

I verify that the forgoing is true and correct, under penalty of perjury.

Anthony Ricigliano
Musicologist
June 8, 2009